# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:** <br><br> **SHIKEB SADDOZAI,** | 1:19-mc-00063-SAB <br><br> ORDER REGARDING USE OF ELECTRONIC FILING SYSTEM, DIRECTING APPEARANCE BY SUPERVISING DEPUTY ATTORNEY GENERAL, AND SETTING BRIEFING SCHEDULE <br><br> [ECF No. 1] |

On August 5, 2019, the Court received a notice from the Plaintiff requesting access to the electronic case filing system at the California Correctional Institution ("CCI") in Tehachapi.

Plaintiff contends that he is not able to utilize the e-filing system at CCI because of "threats and harassment by prison facility law librarian" in charge of e-filing. (ECF No. 1 at 1.) Plaintiff requests to be exempt from filing his complaint through use of the electronic filing system.

As Plaintiff is incarcerated at CCI, he is subject to the Standing Order in Re: Procedural Rules for Electronic Submission of Prison Litigation Filed by Plaintiff's incarcerated at CCI. Pursuant to the standing order, which applies to initial filings: (1) new complaints are subject to e-filing and they may not exceed twenty-five pages in length; and (2) motions seeking relief from the standing order, motions for emergency relief, or motions to increase the page limit shall be no more than fifteen (15) pages. As a California Department of Corrections and Rehabilitation participating facility, no initial documents are accepted for filing by the Clerk of Court unless done pursuant to the standing order or the scanning equipment is inoperable for a period longer than forty-eight (48) hours.

*///*

*///*

1

The Court will request the Supervising Deputy Attorney General in charge of the e-service program, Christopher Becker, to address Plaintiff's contention that he is not allowed to utilize the e-filing system at CCI. After briefing is submitted, the Court will review any documentation and issue a corresponding order and/or set a telephonic hearing, if necessary.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a copy of Plaintiff's request (ECF No. 1), and a copy of this order on Supervising Deputy Attorney General, Christopher Becker, at Christopher.Becker@doj.ca.gov; and

2. Within **seven (7) days** from the date of service of this order, Mr. Becker shall file a response to Plaintiff's request **or** electronically file the Plaintiff's complaint, along with proof of such filing.

IT IS SO ORDERED.

Dated: **August 14, 2019**

UNITED STATES MAGISTRATE JUDGE