# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br><br>**SHIKEB SADDOZAI,** | 1:19-mc-00063-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT TO ORDER PRISON TO CEASE AND DESIST<br><br>[ECF No. 5] |

On August 5, 2019, the Court received a notice from the Mr. Saddozai requesting access to the electronic case filing system at the California Correctional Institution ("CCI") in Tehachapi.

After receiving a response from the Office of the Attorney General, the Court denied the request to be exempt on August 26, 2019, because the evidence established that Mr. Saddozai had not complied with the requirement to request to electronically file his complaint with this Court. (ECF No. 4.)

On November 4, 2019, Plaintiff filed motion for the court to order the prison to cease and desist. (ECF No. 5.) Plaintiff contends that the law librarian at Ironwood State Prison (ISP) has not provided him legal materials or regular access to the law library to file a complaint. The exhibits attached to Plaintiff's motion belie his claim that he has been denied legal materials and/or access to the law library. Accordingly, there is no basis for Court intervention. <u>Plaintiff is further advised that this action is closed and no further documents will be filed or entertained in this action</u>.

IT IS SO ORDERED.

Dated: **November 6, 2019**

UNITED STATES MAGISTRATE JUDGE

1