**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:**<br><br>**SHIKEB SADDOZAI,**<br><br><br><br><br><br> ) ) ) ) ) ) ) ) ) ) ) | 1:19-mc-00063-SAB<br><br>ORDER REGARDING PLAINTIFF'S<br>FILINGS ON NOVEMBER 14, 2019<br><br>[ECF Nos. 7, 8] |

On August 5, 2019, the Court received a notice from the Mr. Saddozai requesting access to the electronic case filing system at the California Correctional Institution ("CCI") in Tehachapi. After receiving a response from the Office of the Attorney General, the Court denied the request to be exempt on August 26, 2019, because the evidence established that Mr. Saddozai had not complied with the requirement to request to electronically file his complaint with this Court. (ECF No. 4.)

On November 4, 2019, Plaintiff filed motion for the court to order the prison to cease and desist. (ECF No. 5.) On November 7,2 019, the Court denied Plaintiff's motion finding there was no basis for court intervention. Plaintiff was advised that the action is closed and no further filings would be entertained.

On November 14, 2019, Plaintiff filed another motion and declaration to be exempt from the electronic filing requirement claiming that he is being denied access. (ECF Nos. 7, 8.)

Plaintiff is advised the e-filing system was designed and implemented to benefit inmates who file under the program. E-filing is faster and cheaper than filing via the U.S. Postal Service. You pay no copy charges or postage fees when you e-file, and the original documents are returned to the inmate. The e-filing process is initiated by the inmate submitting his case filings to the CDCR staff in the inmate's housing unit or law library. CDCR staff will scan and arrange for scanning your

documents. CDCR staff will then return the originals to the Plaintiff with a designated stamp that indicates the documents were scanned and emailed for filing complete with a date, page number and initials of the person scanning. Upon receipt of the initial filing, the Court opens a case, assigns a case number and generates initial case opening documents. The Court emails back the prisoner new case numbers, which are then delivered to the inmate by CDCR staff. This turnaround not only saves costs to Plaintiffs but also results in quicker receipt of filing and initial documents as the process is not completed through the United States mail. After the filing of the initial complaint and the return of the new case documents, all further filings and correspondence with the court proceed as normal and by the U.S. Postal Service mail.

As stated in the Court's August 26, 2019, order, "[b]ased on the evidence before the Court, Mr. Saddozai has not complied with the requirement to request to electronically file his complaint with the Court," and there is no basis for Court intervention. <u>However, if Mr. Saddozai wishes to file his civil rights complaint through the United States Postal Service, the Court will allow him to do so, subject to all applicable fees which includes the cost for making photocopies and postage</u>.

IT IS SO ORDERED.

Dated:   **November 15, 2019**

_____
UNITED STATES MAGISTRATE JUDGE